IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CONRAD BRAUN,

                  Plaintiff,

v.                                                   OPINION and ORDER

JOSH STAGGS, DAVE GERBER, and OFFICER            24-cv-388-wmc
DELGADO,

                  Defendants.

---

Plaintiff Conrad Braun, who is representing himself while incarcerated at Dodge Correctional Institution ("DCI"), is proceeding on a Fourth Amendment claim against defendants Josh Staggs, Officer Delgado, and Dave Gerber related to their seizure of plaintiff on February 24, 2024, in Walworth County Case No. 2024CF103. (Dkt. #9.) Before the court is defendants' motion to transfer venue to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1391 and 1404(a). (Dkt. #18.) The motion to transfer will be granted.

A civil action may be brought in a judicial district where any defendant resides if all defendants are residents of the state in which that district is located, or in a judicial district in which a substantial part of the events or omissions giving rise to the complaint occurred. 28 U.S.C. § 1391(b)(1)-(2). This lawsuit concerns actions taken by Walworth County sheriff's deputies in Walworth County, which is within the territorial jurisdiction of the Eastern District of Wisconsin. 28 U.S.C. § 130(a). Accordingly, plaintiff should have filed this lawsuit in the Eastern District.

When a complaint is filed in an improper venue, a district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). In addition, as defendants argue, a court may transfer a

case for the convenience of parties and witnesses, in the interest of justice, to any other district or division in which the case might have been brought. 28 U.S.C. § 1404(a).

Plaintiff opposes the motion on the ground of inconvenience because he is now housed at a prison facility in the Western District of Wisconsin.[1] However, not only is the Eastern District of Wisconsin the proper venue for this case, it is also the more convenient forum for defendants and any third-party witnesses, it is closer to the location of the incident, and it has a more significant relationship to the parties and the dispute. Accordingly, the court will grant defendant's motion and transfer this case in the interest of justice.

ORDER

IT IS ORDERED that:

1. The motion to transfer venue filed by defendants Dave Gerber, Josh Staggs, and Officer Delgado (dkt. #18) is GRANTED.

2. The Clerk of Court shall transfer this case to the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

3. The parties shall file all further pleadings and correspondence related to this case in the Eastern District of Wisconsin once they receive notice of the new civil action number.

Entered this 4th day of November, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

---

[1] While plaintiff states that he has been housed at the Oneida County Jail in Rhinelander, Wisconsin, since January 23, 2025 (*see* dkt. #21), he was recently moved to Stanley Correctional Institution, which is also located in the Western District.